# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1775
LT Case Nos. 05-2022-CA-052851
05-2022-CA-058057

_____

CANDICE VOSCOPOULOS, ALLY
STRATEGY ASSOCIATES, LLC,
FREEPORT TAX SERVICE, INC.,
and MATTHEW GRUBERGER,

     Appellants,

     v.

JOSEPH REESE, GREGORY
VOSCOPOULOS, VASTU, LLC,
LISA GAULIN,
RIEMENSCHNEIDER, WATTWOOD,
AND DEROSIER P.A.,
RIEMENSCHNEIDER LAW, P.A.,
MICHAEL RIEMENSCHNEIDER,
JEFFREY DEROSIER, DHANISH,
LLC, JYESHTHA, LLC, PUSHYA,
LLC, and LUNASHA, LLC,

     Appellees.

_____

Nonfinal appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

Matthew Gruberger, New York, pro se.

Shane M. Smith, of Shane M. Smith, P.A.,
Melbourne, for Appellee, Joseph Reese.

No Appearance for Remaining Appellees.

May 28, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and LAMBERT and EDWARDS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————